# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 12, 2019

By ECF



The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Rules Pierre**
**19 CR 783 (SHS)**

**MEMO ENDORSED**

Dear Judge Stein:

With the consent of the government, I write to request an adjournment of Mr. Pierre's November 13, 2019 initial status conference to November 21 at 2:30 p.m. I make this request because I will be out of the jurisdiction the week of November 12, 2019. The government is available for a hearing on November 21, 2019. The parties consent to the exclusion of time until November 21, 2019.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Robert Boone/ Jordan Estes
Assistant United States Attorney
(by ECF)

The conference is adjourned to November 21, 2019, at 2:30 p.m. Time is excluded from calculation under the Speedy Trial Act from today until November 21, 2019. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED 11/12/19

SIDNEY H. STEIN
U.S.D.J.