UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  : 19-Cr-783 (SHS)

-against- : ORDER

RULESS PIERRE, :

          Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Federal Defenders of New York are relieved, and retained attorney, Adam Konta of Konta & Georges, will file a notice of appearance as counsel for defendant in this action.

Dated: New York, New York
       November 21, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.