UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   19-Cr-783 (SHS)

v.   :

RULES PIERRE,   :   ORDER

             Defendant.   :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      At the request of the defendant's attorney, Robert W. Georges, to be relieved as counsel,

      IT IS HEREBY ORDERED that Robert W. Georges is relieved, and the CJA attorney on duty today, Brooke E. Cucinella, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
       March 4, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2020