# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number                                                                                           E-mail Address
+1-212-455-3070                                                                                    brooke.cucinella@stblaw.com

BY ECF                                                                April 2, 2020

Re:   *United States v. Pierre*, 19 Cr. 783 (SHS)

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein:

    I am counsel for Ruless Pierre in the above-referenced matter, which is currently scheduled for trial beginning on May 26, 2020.  In view of the March 27, 2020 Standing Order docketed in case number 20-mc-172 that suspends jury trials in the Southern District of New York until June 1, 2020, I respectfully request that this Court reschedule the trial in this matter for the earliest possible date once jury trials resume.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/  *Brooke E. Cucinella*

Brooke E. Cucinella

cc:   Robert Boone, Esq./Jordan Estes, Esq. (*by ECF*)