UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-Cr-783 (SHS)

    -v-                                          ORDER

RULESS PIERRE,

             Defendant(s).

----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant having filed a letter motion [Doc. No. 20] requesting an adjournment of the trial scheduled for May 26, 2020,

      IT IS HEREBY ORDERED that:

      1.      Defendant's request [Doc. No. 20] to adjourn the trial scheduled for May 26, is granted.  The trial is adjourned to June 22, 2020, at 9:30 a.m.;

      2.      Proposed jury charges, proposed voir dire, and any motions in limine are due by April 29, 2020;

      3.      The government's response to any motion is due by May 13, 2020; and

      4.      The reply to any  motion is due on or before May 20, 2020.

Dated: New York, New York
      April 3, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.