UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    19-Cr-783 (SHS)

    -v-                                                                      <u>ORDER</u>

RULESS PIERRE,

           Defendant(s).

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    The government having filed a letter motion, with the consent of defendant, regarding an adjournment of the pretrial schedule,

    IT IS HEREBY ORDERED that the government's motion [Doc. No. 24] is granted as follows:

    1.    Motions *in limine*, requests to charge and proposed *voir dire* shall be due on or before June 1, 2020;

    2.    Responses to any motions *in limine* shall be due on or before June 8, 202; and

    3.    The trial remains at June 22, 2020, at 9:30 a.m.

Dated: New York, New York
         April 21, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.