# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/19

Direct Dial Number
+1-212-455-3070

E-mail Address
brooke.cucinella@stblaw.com

BY ECF

July 27, 2020

**MEMO ENDORSED**

Re: *United States v. Pierre*, 19 Cr. 783 (SHS)

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Stein:

I am counsel for Ruless Pierre in this matter, which is currently scheduled for trial beginning on September 14, 2020. I write with the Government's consent.

In view of the ongoing pandemic and Chief Judge McMahon's April 20, 2020 Standing Order suspending jury trials pending further order of the Court, the parties respectfully request that this Court adjourn trial to a date in December 2020 convenient to the Court, with the following schedule for pre-trial filings:[1]

- Proposed jury charges, proposed voir dire, and any motions in limine shall be due ~~six weeks before trial~~; *Nov. 23, 2020*
- The response to any motion shall be due ~~four weeks before trial; and~~ *Dec. 1, 2020*
- The reply shall be due ~~three weeks before trial.~~ *Dec. 15, 2020*

I thank the Court for its consideration of this request.

*The trial is adjourned to Jan. 4, 2021, at 9:30 a.m.*

Respectfully submitted,

SO ORDERED 7/27/20

/s/ Brooke E. Cucinella

Brooke E. Cucinella

SIDNEY H. STEIN
U.S.D.J.

cc: Robert Boone, Esq./Jordan Estes, Esq. (*by ECF*)

---

[1] This schedule is consistent with the schedule set by this Court on May 20, 2020. *See* ECF No. 27.

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.