

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2021

**By ECF**
The Honorable Sidney H. Stein
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

**MEMO ENDORSED, p. 2**

Re:   **United States v. Ruless Pierre**, 19 Cr. 783 (SHS)

Dear Judge Stein:

      The Government writes, with the consent of defense counsel, to request that the current trial date of March 1, 2021 be adjourned for six weeks, to the second quarter of 2021. The parties request this brief adjournment due to a variety of practical considerations related to proceeding to trial on March 1 while the COVID infection rate in New York City remains high, including the difficulty in meeting with trial witnesses, at least one of whom is out of state, and the possibility that witnesses or trial participants will have to quarantine after COVID exposure.[1] The Government notes that the parties have already complied with the Court's schedule for pre-trial filings, and the Government has begun producing witness statements pursuant to 18 U.S.C. § 3500. Should the Court grant this request, the Government respectfully requests, with the consent of defense counsel, that time be excluded through the new trial date.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

by: _____/s/_____
      Robert L. Boone
      Jordan Estes
      Assistant United States Attorneys
      (212) 637-2208/2543

cc:   Counsel for Ruless Pierre (by ECF)

---

[1] In particular, within the past two and a half weeks, two members of the Government's trial team were exposed to COVID while in the United States District Court and have since been required to remain away from the United States Attorney's Office for a certain period of time.

**The trial is adjourned to April 19, 2021, at 9:30 a.m. The time is excluded from calculation under the Speedy Trial Act from today until April 19, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

**Dated: New York, New York**
   **February 3, 2021**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.