UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RULESS PIERRE,

              Defendant.

19-CR-783 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    This matter has been scheduled for trial beginning on April 19, 2021. (Order, ECF No. 44.) IT IS HEREBY ORDERED that the parties are directed to notify the Court in writing by Wednesday of next week what they believe the likelihood is of this matter actually proceeding to trial on that date.

Dated:  New York, New York
         March 18, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.