UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

RULESS PIERRE,

Defendant.

---

19-CR-783 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the final pretrial conference in this action is set for April 6, 2020, at 2:30 p.m. in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York, New York. The Court will hold a hearing pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982) at that time.

Dated: New York, New York
         March 25, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.