UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-783 (SHS) |
| -v- | : | <u>ORDER</u> |
| RULESS PIERRE, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  The Court has received defendant's letter filed with the consent of the government on March 24, 2021 [Doc. No. 47]. Accordingly,

  IT IS HEREBY ORDERED that:

  1. The Court approves the three bullet point agreements in that letter;

  2. The parties shall state their positions on the areas of disagreement set forth on the top of page 2 of that letter in writing on or before April 1, 2021; and

  3. The final pretrial conference and *Curcio* hearing remain at April 6, 2021, at 2:30 p.m.

Dated: New York, New York
   March 29, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.