UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-783 (SHS)

-v-  :  ORDER

RULESS PIERRE,  :

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the parties [Doc. No. 50],

    IT IS HEREBY ORDERED that:

    1.    The trial of this action will be adjourned to July 19, 2021, at 9:30 a.m. If a trial date becomes available in mid-May, the Court will notify the parties; and

    3.    The parties should be aware that although the Court is submitting the jury request for this trial to begin on July 19, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the third quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       April 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.