UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-783 (SHS) |
| -v- | : | ORDER |
| RULESS PIERRE, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having been notified that the jury assembly room and a COVID protocol compliant courtroom are now available for the trial of this action starting on May 17, 2021,

IT IS HEREBY ORDERED that:

1. The trial of this action will commence on Monday, May 17, 2021, at 9:30 a.m.
2. On May 17, a jury will be selected, the attorneys will give their opening arguments, and, if there is time, witnesses will testify.
3. There will be no trial on Tuesday, May 18; the trial will continue on Wednesday, May 19 at 9:30 a.m. and continue each day until a verdict is reached.
4. The parties are directed to submit to the Court in writing, on or before May 7, 2021, any outstanding areas of disagreement, including those related to the exchange of witness and exhibit lists, copies of marked trial exhibits, witness order, and summary charts as set forth in defendant's letter dated March 24, 2021. (ECF No. 47.)

Dated: New York, New York
April 28, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.