UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,     :     19-Cr-783 (SHS)

     -v-     :     ORDER

RULESS PIERRE,     :

     Defendant.     :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the final pretrial conference in this matter will take place on May 13, 2021, at 10:00 a.m. in Courtroom 23A.

Dated: New York, New York
     May 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.