UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-783 (SHS) |
| -v- | : | ORDER |
| RULESS PIERRE, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On June 10, 2019, defendant renewed his motion for a judgment of acquittal pursuant to Fed. R. Crim. P. 29 [ECF Doc. Nos. 80, 81]. To date, the government has not filed any memorandum in opposition to that motion. Accordingly,

    IT IS HEREBY ORDERED that if the government intends to oppose this motion it is directed to file its opposition on or before August 13, 2021.

Dated: New York, New York
       August 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.