# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

---

Direct Dial Number
212-455-3070

E-mail Address
Brooke.Cucinella@stblaw.com

## MEMO ENDORSED, p. 1

BY ECF

December 29, 2021

Re:   *United States v. Ruless Pierre*, 19 Cr. 783 (SHS)

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

    We represent Ruless Pierre in the above-captioned matter, which is scheduled for sentencing on January 20, 2022. We write to respectfully request a further 3-4 week adjournment of the sentencing date, and that the parties' deadlines to file sentencing submissions be adjusted accordingly. The Government has consented to this request.

    The purpose of this application is to allow additional time for the parties to confer on restitution issues. Since our previous adjournment request, we have had productive discussions with the Government regarding restitution and are hopeful that the requested adjournment will enable the parties to reach agreement without the need for judicial intervention. The requested adjournment will also allow additional time to prepare and collect mitigating information for the defense's sentencing submission, which has been hampered by the recent resurgence of COVID-19 cases in New York.

    We thank the Court again for its consideration of this request.

Respectfully submitted,

Brooke E. Cucinella
Mark J. Stein

cc:   AUSA Drew Skinner (*by ECF*)

---

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.

United States v. Ruless Pierre, 19 Cr. 783 (SHS)

The sentencing is adjourned to February 22, 2022. The defense submissions are due by February 1, the government submissions are due by February 8, 2022. *No further adjournments.*

Dated: New York, New York
      January 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.