# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
212-455-3070

E-mail Address
Brooke.Cucinella@stblaw.com

**MEMO ENDORSED**

BY ECF

February 18, 2022

Re:   <u>**United States v. Ruless Pierre, 19 Cr. 783 (SHS)**</u>

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

We represent Ruless Pierre in the above-captioned matter, which is scheduled for sentencing on March 7, 2022. We write to respectfully request a further 2 week adjournment of the sentencing date and the deadlines for the parties' sentencing submissions. The Government has consented to this request.

The purpose of the proposed adjournment is to allow the parties to minimize the need for judicial intervention with respect to restitution issues, discussions regarding which the parties anticipate wrapping up over the next week.

We do not anticipate any further adjournments of the sentencing date or deadlines and thank the Court again for its consideration of this request.

Respectfully submitted,

Brooke E. Cucinella
Mark J. Stein

cc:   AUSA Drew Skinner (*by ECF*)

**The sentencing is adjourned to March 21, 2022, at 4:30 p.m. The defense submissions are due by March 1, 2022, the government submissions are due by March 15, 2022.**

**Dated: New York, New York
February 18, 2022**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.