UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-783 (SHS)

       -v-  :  <u>ORDER</u>

RULESS PIERRE,  :

       Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant,

    IT IS HEREBY ORDERED that the deadline for defendant's sentencing submission is adjourned to March 8, 2022.

Dated: New York, New York
       March 1, 2022

                      SO ORDERED:

                      Sidney H. Stein, U.S.D.J.