# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
212-455-3070

E-mail Address
Brooke.Cucinella@stblaw.com

**MEMO ENDORSED, p. 2**

BY ECF

April 19, 2022

Re:   *United States v. Ruless Pierre*, **19 Cr. 783 (SHS)**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Stein:

    We represent Ruless Pierre in the above-captioned matter, which is scheduled for sentencing on April 20, 2022. We write to respectfully request a two-week adjournment of the sentencing date.

    Mr. Pierre tested positive for COVID-19 on April 3, 2022. Today, we learned that Mr. Pierre has remained symptomatic throughout this period, that his symptoms appear to have worsened over the past couple days (body aches, chills, cough, and low fever), and that he received another positive COVID-19 test result today. We have discussed these circumstances with the SDNY COVID Response Team, who advises that Mr. Pierre will not be permitted to enter the courthouse until his symptoms improve and he remains fever-free for 24 hours pursuant to this District's COVID-19 protocols.

    We thank the Court again for its consideration of this request.

Respectfully submitted,

*Brooke Cucinella*

Brooke E. Cucinella
Mark J. Stein

cc:   AUSA Drew Skinner (*by ECF*)

BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   PALO ALTO   SÃO PAULO   TOKYO   WASHINGTON, D.C.

United States v. Ruless Pierre, 19 Cr. 783 (SHS)

The sentencing is adjourned to April 28, 2022, at 10:30 a.m. Counsel are directed to send proof of yesterday's positive test to the Court today before 5:00 p.m.

Dated: New York, New York
       April 20, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.