UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RULESS PIERRE,<br><br>    Defendant. | **Order of Restitution**<br><br>**19 Cr 783 (SHS)** |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Drew Skinner, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Four of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** RULESS PIERRE, the Defendant, shall pay restitution in the total amount of $1,708,227.32 to the victims of the offense charged in Counts One and Two of the Indictment. Further, PIERRE shall pay $322,110 to the victim of the offense charged in Count Three of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

03.14.2019

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: _May 23_, 2022
New York, New York

_____

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE